IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY C. KRAFT-DAVIS**                                                              **PLAINTIFF**

v.                          Case No. 4:20-CV-001256-BSM

**DEPARTMENT OF THE INTERIOR,**
**David Bernhardt, Secretary**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE